B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SERPICO, RALPH M. III** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ralph Serpico, III; AKA Ralph M. Serpico; AKA Ralph Serpico** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4786** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1303 N. 15th Avenue**<br>**Melrose Park, IL**<br><div align=right>ZIP Code<br>**60160**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**    *** Gregory D. Bruno ***<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SERPICO, RALPH M. III** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Gregory D. Bruno**                          **November 10, 2014**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Gregory D. Bruno** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SERPICO, RALPH M. III** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ RALPH M. SERPICO, III**
Signature of Debtor  **RALPH M. SERPICO, III**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 10, 2014**
Date

### Signature of Attorney*

**X** **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**
_____
Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**November 10, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **RALPH M. SERPICO, III** _____   Case No. _____
                                     Debtor(s)              Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ RALPH M. SERPICO, III**
                               **RALPH M. SERPICO, III**

Date:   **November 10, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **RALPH M. SERPICO, III**                           ,       Case No. _____

                                Debtor

Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,270.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 81,353.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 491.00 |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| | | Total Assets | 1,270.00 | | |
| | | | Total Liabilities | 81,353.54 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **RALPH M. SERPICO, III**                                          ,    Case No. _____

                                              Debtor

                                                                                Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 500.00 |
| Average Expenses (from Schedule J, Line 22) | 491.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 81,353.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 81,353.54 |

B6A (Official Form 6A) (12/07)

.

In re **RALPH M. SERPICO, III**                                ,     Case No. _____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **RALPH M. SERPICO, III**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br>**Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Chase Bank, Melrose Park, Illinois** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit: bedroom set, T.V., stereo, DVD player, radio, lap top computer & cell phone**<br><br>**Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | - | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of adult man's clothing**<br><br>**Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | - | 500.00 |
| 7. Furs and jewelry. | | **Misc. items of man's jewelry, to wit: silver chain**<br>**Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | - | 120.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          **1,270.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                                    ,    Case No. _____
_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                                     **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **RALPH M. SERPICO, III**
_____,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **RALPH M. SERPICO, III** _____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,270.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re      **RALPH M. SERPICO, III**                                         ,      Case No. _____
                                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
*with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Chase Bank, Melrose Park, Illinois** | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit: bedroom set, T.V., stereo, DVD player, radio, lap top computer & cell phone** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | | | |
| **Wearing Apparel** | | | |
| **Misc. items of adult man's clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's jewelry, to wit: silver chain** | **735 ILCS 5/12-1001(b)** | **120.00** | **120.00** |
| **Location: 1303 N. 15th Avenue, Melrose Park IL 60160** | | | |

| | Total: | **1,270.00** | **1,270.00** |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **31478006**<br><br>**Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154** | | - | | **Opened 7/22/02 Last Active 3/04/07**<br><br>**auto loan of record**<br><br><br>Value $        **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **31478006**<br><br>**Ford Credit**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | | - | | **Opened 7/22/02 Last Active 3/04/07**<br><br>**auto loan of record**<br><br><br>Value $        **Unknown** | | | | **0.00** | **Unknown** |
| Account No.<br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

**_0_**  continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **RALPH M. SERPICO, III**                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **RALPH M. SERPICO, III** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Advocate Good Samaritan Hospital** <br>**3815 Highland Avenue** <br>**Downers Grove, IL 60515** | | - | **2000 to present** <br>**Claim for balances due on various accounts** <br>**for medical services** | | | | **Unknown** |
| Account No. <br><br> **Illinois Collection Service** <br>**8231 185th St., Ste. 100** <br>**Tinley Park, IL 60487** | | | Representing: <br>**Advocate Good Samaritan Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Advocate Health Care** <br>**PO Box 93548** <br>**Chicago, IL 60673** | | - | **2000 to present** <br>**Claim for balances due on various accounts** <br>**for medical services** | | | | **Unknown** |
| Account No. <br><br> **Illinois Collection Service** <br>**8231 185th St., Ste. 100** <br>**Tinley Park, IL 60487** | | | Representing: <br>**Advocate Health Care** | | | | **Notice Only** |

__38__ continuation sheets attached

Subtotal
(Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Alexian Brother Medical Center** <br> **Alexian Brothers Health System** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | - | | **2000 to present** <br> **Various medical services** | | | | **Unknown** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **222 Merchandise Mart Plaza** <br> **Ste. 1900** <br> **Chicago, IL 60654** | | | **Representing:** <br> **Alexian Brother Medical Center** | | | | **Notice Only** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **111 W. Jackson Blvd. Ste. 400** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Alexian Brother Medical Center** | | | | **Notice Only** |
| Account No. **15696102** <br><br> **Alexian Brothers Medical Center** <br> **Alexian Brothers Health System** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | - | | **Opened 3/17/10 Last Active 5/01/09** <br> **Claim for balance due on account for medical services** | | | | **4,885.00** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **111 W. Jackson Blvd. Ste. 400** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Alexian Brothers Medical Center** | | | | **Notice Only** |

Sheet no. __**1**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,885.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                                                 ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Harris & Harris, Ltd. <br> 222 Merchandise Mart Plaza <br> Ste. 1900 <br> Chicago, IL 60654 | | | Representing: <br> Alexian Brothers Medical Center | | | | Notice Only |
| Account No. **various** <br><br> Alexian Brothers Medical Center <br> Alexian Brothers Health System <br> 800 Biesterfield Road <br> Elk Grove Village, IL 60007 | - | | 2000 to present <br> Claim for balances due on various accounts for medical services | | | | Unknown |
| Account No. <br><br> Harris & Harris, Ltd. <br> 222 Merchandise Mart Plaza <br> Ste. 1900 <br> Chicago, IL 60654 | | | Representing: <br> Alexian Brothers Medical Center | | | | Notice Only |
| Account No. <br><br> Harris & Harris, Ltd. <br> 111 W. Jackson Blvd. Ste. 400 <br> Chicago, IL 60604 | | | Representing: <br> Alexian Brothers Medical Center | | | | Notice Only |
| Account No. <br><br> ARC, Inc. <br> 2915 Professional Parkway <br> Augusta, GA 30907 | - | | Claim for balance due on account for and/or acquired from Comed 26499 | | | | 669.00 |

| | | |
|---|---|---|
| Sheet no. __2___ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 669.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **RALPH M. SERPICO, III**                                                    ,  Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CCI / Contract Callers, Inc.** <br> **1058 Claussen Road, Ste. 110** <br> **Augusta, GA 30907** | | | Representing: <br> ARC, Inc. | | | | **Notice Only** |
| Account No. <br><br> **CCI / Contract Callers, Inc.** <br> **2915 Professional Parkway** <br> **Augusta, GA 30907-3540** | | | Representing: <br> ARC, Inc. | | | | **Notice Only** |
| Account No. 5178057301695644 <br><br> **Capital One** <br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | - | | Opened 10/17/07  Last Active  1/27/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | **1,493.00** |
| Account No. 5178057301695644 <br><br> **Capital One** <br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | - | | Opened 10/17/07  Last Active  1/27/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | **1,064.00** |
| Account No. 5406330006456586 <br><br> **Capital One** <br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 30253** <br> **Salt Lake City, UT 84130** | - | | Opened  4/30/04  Last Active  4/24/07 <br> Credit card account | | | | **0.00** |

Sheet no. __3___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,557.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RALPH M. SERPICO, III**                                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **169601-0229612774**<br><br>**Capital One / Best Buy**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | - | | | on or about 2004 - 2009<br>Credit account | | | | 0.00 |
| Account No. **CCI2849252**<br><br>**CCI / Contract Callers, Inc.**<br>**2915 Professional Parkway**<br>**Augusta, GA 30907-3540** | - | | | Opened  6/01/12  Last Active  6/01/11<br>Claim for balance due on account for and/or acquired from Comed 26499 | | | | 669.00 |
| Account No.<br><br>**ARC, Inc.**<br>**2915 Professional Parkway**<br>**Augusta, GA 30907** | | | | Representing:<br>CCI / Contract Callers, Inc. | | | | Notice Only |
| Account No.<br><br>**CCI / Contract Callers, Inc.**<br>**1058 Claussen Road, Ste. 110**<br>**Augusta, GA 30907** | | | | Representing:<br>CCI / Contract Callers, Inc. | | | | Notice Only |
| Account No. **447945042370**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | - | | | Opened  3/04/99<br>Credit account | | | | Unknown |

Sheet no. __4___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

669.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **603259032587**<br><br>**Citi / Citibank SD<br>PO Box 22066<br>Tempe, AZ 85285** | - | | | **Opened  6/12/07  Last Active 11/20/08<br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,153.00** |
| Account No. **6074395527139129**<br><br>**Citifinancial<br>300 Saint Paul Place<br>Baltimore, MD 21202** | - | | | **Opened  6/01/07  Last Active  1/01/09<br>Charge Account** | | | | **0.00** |
| Account No. **6074395527139129**<br><br>**Citifinancial<br>605 Munn Road<br>C/S Care Dept.<br>Fort Mill, SC 29715** | - | | | **Opened  6/01/07  Last Active 11/20/08<br>Charge Account** | | | | **0.00** |
| Account No. **31263269001**<br><br>**Com Ed<br>Commonwealth Edison<br>P.O. Box 6111<br>Carol Stream, IL 60197** | - | | | **Opened  6/01/10  Last Active  3/01/10<br>Claim for balance due on account** | | | | **334.00** |
| Account No.<br><br>**ARC, Inc.<br>2915 Professional Parkway<br>Augusta, GA 30907** | | | | **Representing:<br>Com Ed** | | | | **Notice Only** |

Sheet no. __5__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,487.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **RALPH M. SERPICO, III** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CCI / Contract Callers, Inc. 1058 Claussen Road, Ste. 110 Augusta, GA 30907 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| CCI / Contract Callers, Inc. 2915 Professional Parkway Augusta, GA 30907-3540 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| Com Ed Commonwealth Edison Bill Payment Center Chicago, IL 60668 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| Com Ed / Commonwealth Edison Co. 3 Lincoln Center Attn:  Bankruptcy Section Oakbrook Terrace, IL 60181 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| I.C. System, Inc. 444 Highway 96 East PO Box 64438 Saint Paul, MN 55164 | | | Representing: Com Ed | | | | Notice Only |

Sheet no. __6__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Com Ed** <br> **Commonwealth Edison** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197** | - | | | **2000 to present** <br> **Claims for balances due on various accounts** | | | | **Unknown** |
| Account No. <br><br> **ARC, Inc.** <br> **2915 Professional Parkway** <br> **Augusta, GA 30907** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. <br><br> **CCI / Contract Callers, Inc.** <br> **1058 Claussen Road, Ste. 110** <br> **Augusta, GA 30907** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. <br><br> **CCI / Contract Callers, Inc.** <br> **2915 Professional Parkway** <br> **Augusta, GA 30907-3540** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. <br><br> **Com Ed** <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Com Ed / Commonwealth Edison Co. 3 Lincoln Center Attn:  Bankruptcy Section Oakbrook Terrace, IL 60181 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| I.C. System, Inc. P.O. Box 64381 Saint Paul, MN 55164 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| I.C. System, Inc. 444 Highway 96 East PO Box 64438 Saint Paul, MN 55164 | | | Representing: Com Ed | | | | Notice Only |
| Account No. 7923007039 | | | on or about 2002 - 2014 Claim for balance due on electric utility account | | | | |
| Com Ed Commonwealth Edison P.O. Box 6111 Carol Stream, IL 60197 | - | | | | | | 668.79 |
| Account No. | | | | | | | |
| ARC, Inc. 2915 Professional Parkway Augusta, GA 30907 | | | Representing: Com Ed | | | | Notice Only |

Sheet no. __8__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **668.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                        ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CCI / Contract Callers, Inc. 1058 Claussen Road, Ste. 110 Augusta, GA 30907 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| CCI / Contract Callers, Inc. 2915 Professional Parkway Augusta, GA 30907-3540 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| Com Ed Commonwealth Edison Bill Payment Center Chicago, IL 60668 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| Com Ed / Commonwealth Edison Co. 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | | | Representing: Com Ed | | | | Notice Only |
| Account No. | | | | | | | |
| I.C. System, Inc. 444 Highway 96 East PO Box 64438 Saint Paul, MN 55164 | | | Representing: Com Ed | | | | Notice Only |

Sheet no. __9__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                          ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3484003**<br><br>**Comcast**<br>**2001 York Road**<br>**Oak Brook, IL 60523** | - | | **Opened 2/01/11 Last Active 1/01/11**<br>**Claim for balance due on account** | | | | **371.00** |
| Account No.<br><br>**Comcast**<br>**155 Industrial Drive**<br>**Elmhurst, IL 60126** | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No.<br><br>**Comcast / Comcast Cable**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398** | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No.<br><br>**Credit Management LP**<br>**4200 International Pkwy.**<br>**Carrollton, TX 75007** | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No. **34045232**<br><br>**Comcast / Comcast Chicago**<br>**2001 York Road**<br>**Oak Brook, IL 60523** | - | | **Opened 4/09/07 Last Active 12/01/05**<br>**Claim for balance due on account** | | | | **853.00** |

Sheet no. __**10**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | **1,224.00** |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Comcast 155 Industrial Drive Elmhurst, IL 60126** | | | | Representing: **Comcast / Comcast Chicago** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Comcast / Comcast Cable P.O. Box 3002 Southeastern, PA 19398** | | | | Representing: **Comcast / Comcast Chicago** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Credit Management LP 4200 International Pkwy Carrollton, TX 75007** | | | | Representing: **Comcast / Comcast Chicago** | | | | **Notice Only** |
| Account No. 5856370688635227 | | - | | **Opened  2/08/03  Last Active 11/24/05 Charge Account** | | | | |
| **Comenity Bank / Roomplace PO Box 182789 Columbus, OH 43218** | | | | | | | | **0.00** |
| Account No. 4447962164994422 | | - | | **Opened 12/09/08  Last Active  5/01/09 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Credit One Bank, N.A. PO Box 98875 Las Vegas, NV 89193** | | | | | | | | **707.00** |

Sheet no. __11__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **707.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                                                    ,            Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4447962164994422**<br><br>**Credit One Bank, N.A.**<br>**PO Box 98875**<br>**Las Vegas, NV 89193** | - | | **Opened 12/09/08  Last Active  3/26/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **707.00** |
| Account No. **4447962164994422**<br><br>**Credit One Bank, N.A.**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | - | | **Opened 12/09/08  Last Active  5/01/09**<br>**Credit Card** | | | | **0.00** |
| Account No. **673710**<br><br>**Creditors Alliance Inc.**<br>**PO Box 1288**<br>**Bloomington, IL 61702** | - | | **Opened 10/06/10**<br>**Claim for balance due on account** | | | | **35.45** |
| Account No.<br><br>**Law Offices of Charles G. McCarthy**<br>**PO Box 1045**<br>**Bloomington, IL 61702** | | | **Representing:**<br>**Creditors Alliance Inc.** | | | | **Notice Only** |
| Account No. **400701701162**<br><br>**Debt Recovery Solutions, LLC**<br>**900 Merchants Concourse**<br>**Westbury, NY 11590** | - | | **Opened 12/31/12  Last Active  2/01/09**<br>**Claim for balance due on account for and/or acquired from U.S. Cellular** | | | | **291.00** |

Sheet no. __**12**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,033.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **RALPH M. SERPICO, III** _____ ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Debt Recovery Solutions, LLC**<br>**PO Box 9001**<br>**Westbury, NY 11590** | | | Representing:<br>Debt Recovery Solutions, LLC | | | | **Notice Only** |
| Account No. **148092 3492**<br><br>**DuPage Emergency Physicians, Ltd.**<br>**3815 Highland Avenue**<br>**Downers Grove, IL 60515** | | - | Opened 12/01/09  Last Active  7/01/09<br>Claim for balance due on account for medical services | | | | **595.00** |
| Account No. <br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | Representing:<br>DuPage Emergency Physicians, Ltd. | | | | **Notice Only** |
| Account No. **148092 3493**<br><br>**DuPage Emergency Physicians, Ltd.**<br>**3815 Highland Avenue**<br>**Downers Grove, IL 60515** | | - | Opened 12/01/09  Last Active  7/01/09<br>Claim for balance due on account for medical services | | | | **56.00** |
| Account No. <br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | Representing:<br>DuPage Emergency Physicians, Ltd. | | | | **Notice Only** |

Sheet no. __**13**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**651.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **various** <br><br> **DuPage Emergency Physicians, Ltd.** <br> **3815 Highland Avenue** <br> **Downers Grove, IL 60515** | - | | | **2000 to present** <br> **Claim for balances due on various accounts for medical services** | | | | **Unknown** |
| Account No. <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | | | | **Representing:** <br> **DuPage Emergency Physicians, Ltd.** | | | | **Notice Only** |
| Account No. **11622084** <br><br> **Elk Grove Radiology, SC** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | - | | | **Opened 10/05/09** <br> **Medical services** | | | | **140.00** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | | | **Representing:** <br> **Elk Grove Radiology, SC** | | | | **Notice Only** |
| Account No. **11674417** <br><br> **Elk Grove Radiology, SC** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | - | | | **Opened 11/02/09** <br> **Medical services** | | | | **140.00** |

Sheet no. __**14**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**280.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Elk Grove Radiology, SC** | | | | **Notice Only** |
| Account No. **11674419**<br><br>**Elk Grove Radiology, SC**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | | - | **Opened 11/02/09**<br>**Medical services** | | | | **116.00** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Elk Grove Radiology, SC** | | | | **Notice Only** |
| Account No. **various**<br><br>**Elk Grove Radiology, SC**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | | - | **2000 to present**<br>**Claim for balances due on various accounts for medical services** | | | | **Unknown** |
| Account No.<br><br>**Illinois Collection Service**<br>**8231 185th St., Ste. 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Elk Grove Radiology, SC** | | | | **Notice Only** |

Sheet no. __**15**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **869387316** <br><br> **Fifth Third Bank** <br> **5050 Kingsley Drive** <br> **Cincinnati, OH 45227** | - | | Opened 6/30/08 Last Active 11/25/09 Claim for balance due on auto loan account after vehicle repossession on or about 2008 - 2009 | | | | **2,283.00** |
| Account No. <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45202** | | | Representing: Fifth Third Bank | | | | **Notice Only** |
| Account No. <br><br> **Fifth Third Bank** <br> **Fifth Third Center** <br> **PO Box 630778** <br> **Cincinnati, OH 45263** | | | Representing: Fifth Third Bank | | | | **Notice Only** |
| Account No. **869387316** <br><br> **Fifth Third Bank** <br> **5050 Kingsley Drive** <br> **Cincinnati, OH 45227** | - | | Opened 6/30/08 Last Active 11/25/09 Claim for balance due on auto loan account after vehicle repossession on or about 2008 - 2009 | | | | **7,899.00** |
| Account No. <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45202** | | | Representing: Fifth Third Bank | | | | **Notice Only** |

Sheet no. __**16**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,182.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fifth Third Bank** <br>**Fifth Third Center** <br>**PO Box 630778** <br>**Cincinnati, OH 45263** | | | Representing: <br>**Fifth Third Bank** | | | | **Notice Only** |
| Account No. **5178007706232089** <br><br>**First Premier Bank** <br>**601 S. Minnesota Avenue** <br>**Sioux Falls, SD 57104** | | - | Opened 4/26/07 Last Active 3/01/09 <br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 369.00 |
| Account No. **5178007280200759** <br><br>**First Premier Bank** <br>**601 S. Minnesota Avenue** <br>**Sioux Falls, SD 57104** | | - | Opened 9/25/03 Last Active 3/01/09 <br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 270.00 |
| Account No. **5178007706232089** <br><br>**First Premier Bank** <br>**601 S. Minnesota Ave** <br>**Sioux Falls, SD 57104** | | - | Opened 4/26/07 Last Active 3/01/09 <br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 369.00 |
| Account No. **5178007280200759** <br><br>**First Premier Bank** <br>**601 S. Minnesota Ave** <br>**Sioux Falls, SD 57104** | | - | Opened 9/25/03 Last Active 3/01/09 <br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 270.00 |

Sheet no. __17__ of __38__ sheets attached to Schedule of          Subtotal          | 1,278.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Flood Brothers**<br>**Flood Brothers Disposal**<br>**17W697 Butterfield Road**<br>**Villa Park, IL 60181** | - | | **2000 to present**<br>**Claim for balance due on account** | | | | **Unknown** |
| Account No. **42662876**<br><br>**Ford Credit**<br>**PO Box Box 542000**<br>**Omaha, NE 68154** | - | | **Opened  6/22/07  Last Active 10/12/09**<br>**Claim for balance due on auto loan/lease account** | | | | **36,543.00** |
| Account No.<br><br>**Primary Financial Services LLC**<br>**3141 North 3rd Avenue, Ste. C1**<br>**Phoenix, AZ 85013** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No.<br><br>**Primary Financial Services LLC**<br>**4950 Genesee Street, Ste. 140**<br>**Cheektowaga, NY 14225** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No.<br><br>**Primary Financial Services, LLC**<br>**5959 Corporate Drive, Ste. 1400**<br>**Houston, TX 77036** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |

Sheet no. __**18**__ of __**38**__ sheets attached to Schedule of          Subtotal                      **36,543.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **31478006**<br><br>**Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154** | - | | on or about 2002 - 2007<br>**Credit account** | | | | **Unknown** |
| Account No.<br><br>**Primary Financial Services LLC**<br>**3141 North 3rd Avenue, Ste. C1**<br>**Phoenix, AZ 85013** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No.<br><br>**Primary Financial Services LLC**<br>**4950 Genesee Street, Ste. 140**<br>**Cheektowaga, NY 14225** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No.<br><br>**Primary Financial Services, LLC**<br>**5959 Corporate Drive, Ste. 1400**<br>**Houston, TX 77036** | | | **Representing:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No. **42662876**<br><br>**Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154** | - | | **Opened 6/22/07 Last Active 10/12/09**<br>**Claim for balance due on auto loan/lease account after vehicle repossession on or about 2007 - 2009** | | | | **762.00** |

Sheet no. __**19**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **762.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **11661737** <br><br> **Good Samaritan Hospital** <br> **3815 Highland Avenue** <br> **Downers Grove, IL 60515** | - | | | **Opened 10/26/09** <br> **Claim for balance due on account for medical services** | | | | **4,306.00** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | | | **Representing:** <br> **Good Samaritan Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Good Samaritan Hospital** <br> **3815 Highland Avenue** <br> **Downers Grove, IL 60515** | - | | | **2000 to present** <br> **Claim for balances due on various accounts for medical services** | | | | **Unknown** |
| Account No. <br><br> **Illinois Collection Service** <br> **8231 185th St., Ste. 100** <br> **Tinley Park, IL 60487** | | | | **Representing:** <br> **Good Samaritan Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Gottlieb Memorial Hospital** <br> **701 W. North Avenue** <br> **Melrose Park, IL 60160** | - | | | **on or about 2002 - 2014** <br> **Medical services** | | | | **Unknown** |

Sheet no. __**20**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,306.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                              ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gottlieb Memorial Hospital** <br> **PO Box 74867** <br> **Chicago, IL 60694** | | | **Representing:** <br> **Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Gottlieb Memorial Hospital** <br> **PO Box 99400** <br> **Louisville, KY 40269** | | | **Representing:** <br> **Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. **5406330006456586** <br><br> **HSBC Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | - | | **Opened  4/30/04  Last Active  4/24/07** <br> **Credit account** | | | | **0.00** |
| Account No. **5406330015590581** <br><br> **HSBC Bank** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | - | | **Opened  4/30/04  Last Active  2/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **758.00** |
| Account No. **5406330015590581** <br><br> **HSBC Bank** <br> **PO Box 9** <br> **Buffalo, NY 14240** | - | | **Opened  4/30/04  Last Active  2/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **758.00** |

Sheet no. __**21**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,516.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8536383426<br><br>HSBC Bank Nevada, N.A.<br>c/o Midland Credit Mgmt<br>8875 Aero Drive<br>San Diego, CA 92123 | - | | Opened 9/27/10 Last Active 2/01/09<br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 823.00 |
| Account No. 11622084<br><br>Illinois Collection Service Inc.<br>8231 185th St., Ste 100<br>Tinley Park, IL 60487 | - | | Opened 10/05/09<br>Claim for balance due on account for and/or acquired from Elk Grove Radiology | | | | 140.00 |
| Account No. 11674417<br><br>Illinois Collection Service Inc.<br>8231 185th St., Ste 100<br>Tinley Park, IL 60487 | - | | Opened 11/02/09<br>Claim for balance due on account for and/or acquired from Elk Grove Radiology | | | | 140.00 |
| Account No. 11674419<br><br>Illinois Collection Service Inc.<br>8231 185th St., Ste 100<br>Tinley Park, IL 60487 | - | | Opened 11/02/09<br>Claim for balance due on account for and/or acquired from Elk Grove Radiology | | | | 116.00 |
| Account No. various<br><br>John H. Stroger, Jr. Hospital<br>of Cook County<br>1969 W. Ogden Avenue<br>Chicago, IL 60612 | - | | on or about 2002 - 2014<br>Medical services | | | | Unknown |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,219.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **118104** <br><br> **Keynote Consulting** <br> **220 W Campus Dr., Ste. 102** <br> **Arlington Heights, IL 60004** | - | | **Opened  6/02/10** <br> **Claim for balance due on account for and/or acquired from Riverside Psychiatric & Counseling** | | | | 300.00 |
| Account No. <br><br> **Liebman, Robert, MD** <br> **610 S. Maple Avenue, Ste. 1100** <br> **Oak Park, IL 60304** | - | | **on or about 2010** <br> **Medical services** | | | | **Unknown** |
| Account No. 4447962164994422 <br><br> **LVNV Funding** <br> **PO Box  10584** <br> **Greenville, SC 29603** | | | **Opened 12/10/09** <br> **Claim for balance due on account** | | | | 839.00 |
| Account No. **various** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | - | | **2000 to present** <br> **Claim for balances due on various accounts** | | | | **Unknown** |
| Account No. <br><br> **LVNV Funding LLC** <br> **PO Box 10497** <br> **Greenville, SC 29603** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**23**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,139.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LVNV Funding LLC**<br>**C/O Resurgent Capital**<br>**PO Box 10497   Ms**<br>**Greenville, SC 29603** | | | Representing:<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Resurgent Capital Services LP**<br>**c/o Financial Recovery Services**<br>**P.O. Box 385908**<br>**Minneapolis, MN 55438** | | | Representing:<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.  **4447962164994422** <br><br>**LVNV Funding LLC**<br>**C/O Resurgent Capital**<br>**PO Box 10497   Ms**<br>**Greenville, SC 29603** | - | | **Opened 12/10/09**<br>**Claim for balance due on account, 12 Marin** | | | | **839.00** |
| Account No. <br><br>**LVNV Funding LLC**<br>**P.O. Box 740281**<br>**Houston, TX 77274** | | | Representing:<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | | Representing:<br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**839.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Resurgent Capital Services LP** <br>**c/o Financial Recovery Services** <br>**P.O. Box 385908** <br>**Minneapolis, MN 55438** | | | | Representing: <br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **2624841A683** <br><br>**MacNeal Physicians Group LLC** <br>**2315 Enterprise Drive, Ste. 110** <br>**Westchester, IL 60154** | | - | | **on or about 2011** <br>**Medical services** | | | | **310.00** |
| Account No. <br><br>**MacNeal Physicians Group LLC** <br>**6642 Paysphere Circle** <br>**Chicago, IL 60674** | | | | Representing: <br>**MacNeal Physicians Group LLC** | | | | **Notice Only** |
| Account No. **various** <br><br>**MacNeal Physicians Group LLC** <br>**2315 Enterprise Drive, Ste. 110** <br>**Westchester, IL 60154** | | - | | **on or about various dates** <br>**Medical services** | | | | **Unknown** |
| Account No. <br><br>**MacNeal Physicians Group LLC** <br>**6642 Paysphere Circle** <br>**Chicago, IL 60674** | | | | Representing: <br>**MacNeal Physicians Group LLC** | | | | **Notice Only** |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**310.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1480923492**  **Medical Business Bureau, LLC** **1460 Renaissance Drive, Ste. 400** **Park Ridge, IL 60068** | - | | **Opened 12/15/09  Last Active  7/01/09** **Claim for balance duen account for and/or acquired from Dupage Emergency Physicians** | | | | 595.00 |
| Account No. **1480923493**  **Medical Business Bureau, LLC** **1460 Renaissance Drive, Ste. 400** **Park Ridge, IL 60068** | - | | **Opened 12/15/09  Last Active  7/01/09** **Claim for balance duen account for and/or acquired from Dupage Emergency Physicians** | | | | 56.00 |
| Account No. **various**  **Midland Funding LLC** **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | **2000 to present** **Claims for balances due on various accounts acquired for collection** | | | | Unknown |
| Account No. **8540086924**  **Midland Funding LLC** **8875 Aero Drive, Ste. 200** **San Diego, CA 92123** | - | | **Opened 6/10/11  Last Active  3/01/09** **Claim for balance due on account for and/or acquired from Target National Bank** | | | | 1,701.00 |
| Account No.  **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | **Representing:** **Midland Funding LLC** | | | | Notice Only |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,352.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                                    ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.** **8875 Aero Drive** **San Diego, CA 92123** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Mgmt., Inc.** **Department 8870** **Los Angeles, CA 90084** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Funding LLC** **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. **1867855568** | | | Opened 12/08/04 Last Active 3/31/06 Utility service | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | - | | | | | **Unknown** |
| Account No. **various** | | | 2000 to present Claim for balances due on various accounts | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | - | | | | | **Unknown** |

Sheet no. __27__ of __38__ sheets attached to Schedule of                                    Subtotal                          
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **RALPH M. SERPICO, III** _____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 824728900003<br><br>**Oxford Bank & Trust**<br>**1100 W Lake Street**<br>**Addison, IL 60101** | - | | **Opened  1/28/03  Last Active  4/09/04**<br>**Various claims for checking account**<br>**overdrafts, fees, costs & interest** | | | | **Unknown** |
| Account No. 48063000000042662876<br><br>**Primary Financial Services LLC**<br>**3141 North 3rd Avenue, Ste. C1**<br>**Phoenix, AZ 85013** | - | | **Opened  4/01/12  Last Active 10/12/09**<br>**Claim for balance due on account for and/or**<br>**acquired from Ford Credit Us** | | | | **762.00** |
| Account No.<br><br>**Primary Financial Services LLC**<br>**4950 Genesee Street, Ste. 140**<br>**Cheektowaga, NY 14225** | | | **Representing:**<br>**Primary Financial Services LLC** | | | | **Notice Only** |
| Account No.<br><br>**Primary Financial Services, LLC**<br>**5959 Corporate Drive, Ste. 1400**<br>**Houston, TX 77036** | | | **Representing:**<br>**Primary Financial Services LLC** | | | | **Notice Only** |
| Account No. Z41 1008733<br><br>**Radiology Consultants. Ltd.**<br>**1730 Park Street, Ste. 101**<br>**Naperville, IL 60563** | - | | **on or about 8/2010**<br>**Medical services** | | | | **98.00** |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **860.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                                    ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br>**Radiology Consultants. Ltd.** <br>**1730 Park Street, Ste. 101** <br>**Naperville, IL 60563** | - | | on or about various dates <br>Medical services | | | | **Unknown** |
| Account No. **118104** <br><br>**Riverside Psychiatric & Counseling** <br>**7234 Ogden Avenue** <br>**Riverside, IL 60546** | - | | Opened  6/02/10 <br>Claim for balance due on account for medical services | | | | **300.00** |
| Account No. <br><br>**Keynote Consulting** <br>**220 W Campus Drive, Ste. 102** <br>**Arlington Heights, IL 60004** | | | Representing: <br>Riverside Psychiatric & Counseling | | | | **Notice Only** |
| Account No. **various** <br><br>**Riverside Psychiatric & Counseling** <br>**7234 Ogden Avenue** <br>**Riverside, IL 60546** | - | | 2000 to present <br>Claim for balances due on various accounts for medical services | | | | **Unknown** |
| Account No. <br><br>**Keynote Consulting** <br>**220 W Campus Drive, Ste. 102** <br>**Arlington Heights, IL 60004** | | | Representing: <br>Riverside Psychiatric & Counseling | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __**29**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | **300.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                      ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Schlegel, Darryl S., MD<br>520 S. Maple Avenue<br>Oak Park, IL 60304 | - | | on or about 2012<br>Medical services | | | | Unknown |
| Account No. 673710<br><br>Skoog Family Dental<br>Skoog, George, DDS<br>232 E. Northwest Highway<br>Palatine, IL 60067 | - | | on or about 2008 - 2010<br>Claim for balance due on service account | | | | 35.45 |
| Account No.<br><br>Law Offices of Charles G. McCarthy<br>PO Box 1045<br>Bloomington, IL 61702 | | | Representing:<br>Skoog Family Dental | | | | Notice Only |
| Account No. 8473082661<br><br>T-Mobile<br>PO Box 790047<br>Saint Louis, MO 63179 | - | | on or about 2005 - 2008<br>Claim for balance due on account | | | | Unknown |
| Account No.<br><br>T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274 | | | Representing:<br>T-Mobile | | | | Notice Only |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| T-Mobile 1401 W. North Avenue Melrose Park, IL 60160 | | | | Representing: T-Mobile | | | | Notice Only |
| Account No. | | | | | | | | |
| T-Mobile 2515 W. North Avenue Melrose Park, IL 60160 | | | | Representing: T-Mobile | | | | Notice Only |
| Account No. | | | | | | | | |
| T-Mobile 2911 W. Addison Street Chicago, IL 60618 | | | | Representing: T-Mobile | | | | Notice Only |
| Account No. 6304996583 | | - | | on or about 2003 - 2006 Claim for balance due on account | | | | |
| T-Mobile 7601 S. Cicero Avenue Chicago, IL 60652 | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| T-Mobile 2911 W. Addison Street Chicago, IL 60618 | | | | Representing: T-Mobile | | | | Notice Only |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RALPH M. SERPICO, III**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **T-Mobile 7309 W. Irving Park Road Chicago, IL 60634** | | | Representing: **T-Mobile** | | | | **Notice Only** |
| Account No.  **T-Mobile 606 W. Roosevelt Road Chicago, IL 60607** | | | Representing: **T-Mobile** | | | | **Notice Only** |
| Account No.  **T-Mobile 845 N. Michigan Avenue Chicago, IL 60611** | | | Representing: **T-Mobile** | | | | **Notice Only** |
| Account No.  **T-Mobile 36 S. State Street Chicago, IL 60603** | | | Representing: **T-Mobile** | | | | **Notice Only** |
| Account No.  **T-Mobile 3951 N. Kimball Avenue Chicago, IL 60618** | | | Representing: **T-Mobile** | | | | **Notice Only** |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                                              , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7082245955** <br><br> **T-Mobile** <br> **205 W. 87th Street** <br> **Chicago, IL 60620** | - | | on or about 2005 - 2008 <br> Claim for balance due on account | | | | **Unknown** |
| Account No. <br><br> **T-Mobile** <br> **1001 75th Street** <br> **Woodridge, IL 60517** | | | Representing: <br> **T-Mobile** | | | | **Notice Only** |
| Account No. <br><br> **T-Mobile** <br> **2243 Maple Avenue** <br> **Downers Grove, IL 60515** | | | Representing: <br> **T-Mobile** | | | | **Notice Only** |
| Account No. <br><br> **T-Mobile** <br> **221 E. Roosevelt Road** <br> **Lombard, IL 60148** | | | Representing: <br> **T-Mobile** | | | | **Notice Only** |
| Account No. <br><br> **T-Mobile** <br> **6179 N. Lincoln Avenue** <br> **Chicago, IL 60659** | | | Representing: <br> **T-Mobile** | | | | **Notice Only** |

Sheet no. __**33**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __RALPH M. SERPICO, III__ _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **T-Mobile Financial** <br> **PO Box 2400** <br> **Young America, MN 55553** | | | Representing: <br> **T-Mobile** | | | | **Notice Only** |
| Account No. **4352371718051387** <br><br> **Target** <br> **Target National Bank** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459** | | - | Opened 11/20/03  Last Active  3/03/09 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,362.00** |
| Account No. **4352371718051387** <br><br> **Target N.B.** <br> **PO Box 673** <br> **Minneapolis, MN 55440** | | - | Opened 11/20/03  Last Active  3/03/09 <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,362.00** |
| Account No. **400701701162** <br><br> **U.S. Cellular** <br> **8410 W. Bryn Mawr, Ste. 700** <br> **Chicago, IL 60631** | | - | on or about 2012 - 2014 <br> **Claim for balance due on service account** | | | | **291.00** |
| Account No. <br><br> **Debt Recovery Solutions, LLC** <br> **PO Box 9001** <br> **Westbury, NY 11590** | | | Representing: <br> **U.S. Cellular** | | | | **Notice Only** |

Sheet no. __34__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,015.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**
                                                          ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Debt Recovery Solutions, LLC**<br>**900 Merchants Concourse**<br>**Westbury, NY 11590** | | | **Representing:**<br>**U.S. Cellular** | | | | **Notice Only** |
| Account No.<br><br>**U.S. Cellular**<br>**Dept. 0203**<br>**Palatine, IL 60055** | | | **Representing:**<br>**U.S. Cellular** | | | | **Notice Only** |
| Account No.  **W14350961**<br><br>**Westlake Hospital**<br>**1225 W. Lake Street**<br>**Melrose Park, IL 60160** | - | | **on or about 2008 - 2012**<br>**Medical services** | | | | **423.85** |
| Account No.<br><br>**CMRE Financial Services, Inc.**<br>**3075 East Imperial Highway**<br>**Suite 200**<br>**Brea, CA 92821** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**M3 Financial Services, Inc.**<br>**PO Box 7230**<br>**Westchester, IL 60154** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**35**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**423.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III**                                                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Westlake Hospital Dept. 4662 Carol Stream, IL 60122 | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | |
| Westlake Hospital PO Box 3495 Toledo, OH 43607 | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. **various** | | | on or about 2002 - 2014 Medical services | | | | |
| Westlake Hospital 1225 W. Lake Street Melrose Park, IL 60160 | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| CMRE Financial Services, Inc. 3075 East Imperial Highway Suite 200 Brea, CA 92821 | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | |
| M3 Financial Services, Inc. PO Box 7230 Westchester, IL 60154 | | | Representing: Westlake Hospital | | | | Notice Only |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RALPH M. SERPICO, III** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Westlake Hospital** <br> **Dept. 4662** <br> **Carol Stream, IL 60122** | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Westlake Hospital** <br> **PO Box 3495** <br> **Toledo, OH 43607** | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No.  **W4653229-18** <br><br> **Westlake Hospital** <br> **1225 W. Lake Street** <br> **Melrose Park, IL 60160** | - | | **on or about 2009 - 2011** <br> **Medical services** | | | | **326.00** |
| Account No. <br><br> **CMRE Financial Services, Inc.** <br> **3075 East Imperial Highway** <br> **Suite 200** <br> **Brea, CA 92821** | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br> **M3 Financial Services, Inc.** <br> **PO Box 7230** <br> **Westchester, IL 60154** | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |

Sheet no. __37__ of __38__ sheets attached to Schedule of              Subtotal                **326.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **RALPH M. SERPICO, III**                                     ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Westlake Hospital**<br>**Dept. 4662**<br>**Carol Stream, IL 60122** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Westlake Hospital**<br>**PO Box 3495**<br>**Toledo, OH 43607** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. **5856370688635227**<br><br> **WFNNB / Roomplace**<br>**WFNNB - Bankruptcy Department**<br>**P.O. Box 182125**<br>**Columbus, OH 43218** | - | | **Opened 2/08/03 Last Active 11/24/05**<br>**Charge Account** | | | | **0.00** |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __38__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **81,353.54** |

B6G (Official Form 6G) (12/07)

.

In re    **RALPH M. SERPICO, III**                            ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**    ____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **RALPH M. SERPICO, III**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **RALPH M. SERPICO, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                        12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | **none at present** | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1    **RALPH M. SERPICO, III**                                          Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

8. List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 + $ N/A = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    Gifts & contributions from friends and family    11.    +$ 500.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 500.00
**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **RALPH M. SERPICO, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.
    ☐ Yes. Fill out this information for each dependent.............

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

    If not included in line 4:

    4a.  Real estate taxes    4a. $ _____ 0.00
    4b.  Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
    4c.  Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00
    4d.  Homeowner's association or condominium dues    4d. $ _____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1    **RALPH M. SERPICO, III**                    Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 300.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 50.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 80.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Personal grooming** | | 21. | +$ | 30.00 |
| | **Misc. sundry items** | | | +$ | 25.00 |
| | **Prescription medication** | | | +$ | 6.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 491.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | 500.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 491.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | 9.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **RALPH M. SERPICO, III** _____   Case No. _____

Debtor(s)                                    Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **55** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 10, 2014** _____   Signature   **/s/ RALPH M. SERPICO, III** _____

**RALPH M. SERPICO, III**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **RALPH M. SERPICO, III**                                            Case No.                             

                                        Debtor(s)                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                       SOURCE

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                       SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Gregory D. Bruno 1807 N. Broadway Melrose Park, IL 60160** | **5/25/2011, 9/2/2012, 7/10/2013** | **$1,500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

B7 (Official Form 7) (04/13)

4

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **10 Mashie Ct., Woodridge, IL  60517** | **RALPH M. SERPICO, III** | **3/2011 to 8/2013** |
| **1303 N. 15th Avenue, Melrose Park, IL 60160** | **RALPH M. SERPICO, III** | **8/2013 to present** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 10, 2014**

Signature **/s/ RALPH M. SERPICO, III**

**RALPH M. SERPICO, III**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **RALPH M. SERPICO, III** _____   Case No. _____
                                            Debtor(s)          Chapter        **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>  ☐ Surrendered      ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt      ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 10, 2014** _____   Signature   **/s/ RALPH M. SERPICO, III** _____
                                                          **RALPH M. SERPICO, III**
                                                          Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **RALPH M. SERPICO, III**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,127.00 |
| Prior to the filing of this statement I have received | $ | 1,127.00 |
| Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 10, 2014**

**/s/ Gregory D. Bruno**
**Gregory D. Bruno**
**Law Offices of Gregory D. Bruno**
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544   Fax: (708) 343-4670**

AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _25th_ day of _MAY_, _2011_, by and

between _RALPH M. PERPICO, III_ (and _____ ),

hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices

of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to

be rendered by the Attorney on behalf of the Client in contemplation of or in connection

with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the

Attorney for such legal services shall be $ _1,500.00_, which does/does not include the

bankruptcy filing fee of $299.00, and which does/does not include a credit report fee of

$ _35.00_ In this regard, Client agrees to deposit $ _500.00_ of the minimum fee as

a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to

pay the balance of the minimum fee within _2-3 MONTHS_ thereafter. (Attorney

hereby acknowledges receipt of the sum of $ _500.00_ from Client on _5/25/11_).

In return for the above-disclosed minimum fee, Attorney hereby agrees to render

legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing

bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other

chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit

counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the

2

commitment to provide legal services in the future. Ownership of this retainer passes to the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion. While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client  Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.

**The undersigned hereby acknowledges that he or she has read and does**

accept the foregoing Agreement.

Signed: _____   Dated: 5/25/11

Signed: _____   Dated: 5/25/11

Signed: _____   Dated: _____

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **RALPH M. SERPICO, III**         Case No. _____

                Debtor(s)     Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **RALPH M. SERPICO, III** | X **/s/ RALPH M. SERPICO, III**     **November 10, 2014** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor       Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **RALPH M. SERPICO, III** _____

Case No. _____

Chapter   **7** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **194**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 10, 2014** _____

**/s/ RALPH M. SERPICO, III** _____
**RALPH M. SERPICO, III**
Signature of Debtor

Advocate Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Advocate Health Care
PO Box 93548
Chicago, IL 60673


Alexian Brother Medical Center
Alexian Brothers Health System
800 Biesterfield Road
Elk Grove Village, IL 60007


Alexian Brothers Medical Center
Alexian Brothers Health System
800 Biesterfield Road
Elk Grove Village, IL 60007


Alexian Brothers Medical Center
Alexian Brothers Health System
800 Biesterfield Road
Elk Grove Village, IL 60007


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907

```
Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 30253
Salt Lake City, UT 84130


Capital One / Best Buy
PO Box 5253
Carol Stream, IL 60197


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907
```

CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Citi / Citibank SD
PO Box 22066
Tempe, AZ 85285


Citifinancial
300 Saint Paul Place
Baltimore, MD 21202


Citifinancial
605 Munn Road
C/S Care Dept.
Fort Mill, SC 29715


CMRE Financial Services, Inc.
3075 East Imperial Highway
Suite 200
Brea, CA 92821


CMRE Financial Services, Inc.
3075 East Imperial Highway
Suite 200
Brea, CA 92821

CMRE Financial Services, Inc.
3075 East Imperial Highway
Suite 200
Brea, CA 92821


Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Com Ed / Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181


Com Ed / Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181

Com Ed / Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181


Comcast
2001 York Road
Oak Brook, IL 60523


Comcast
155 Industrial Drive
Elmhurst, IL 60126


Comcast
155 Industrial Drive
Elmhurst, IL 60126


Comcast / Comcast Cable
P.O. Box 3002
Southeastern, PA 19398


Comcast / Comcast Cable
P.O. Box 3002
Southeastern, PA 19398


Comcast / Comcast Chicago
2001 York Road
Oak Brook, IL 60523


Comenity Bank / Roomplace
PO Box 182789
Columbus, OH 43218


Credit Management LP
4200 International Pkwy.
Carrollton, TX 75007


Credit Management LP
4200 International Pkwy
Carrollton, TX 75007


Credit One Bank, N.A.
PO Box 98875
Las Vegas, NV 89193

Credit One Bank, N.A.
PO Box 98875
Las Vegas, NV 89193


Credit One Bank, N.A.
Po Box 98875
Las Vegas, NV 89193


Creditors Alliance Inc.
PO Box 1288
Bloomington, IL 61702


Debt Recovery Solutions, LLC
900 Merchants Concourse
Westbury, NY 11590


Debt Recovery Solutions, LLC
PO Box 9001
Westbury, NY 11590


Debt Recovery Solutions, LLC
PO Box 9001
Westbury, NY 11590


Debt Recovery Solutions, LLC
900 Merchants Concourse
Westbury, NY 11590


DuPage Emergency Physicians, Ltd.
3815 Highland Avenue
Downers Grove, IL 60515


DuPage Emergency Physicians, Ltd.
3815 Highland Avenue
Downers Grove, IL 60515


DuPage Emergency Physicians, Ltd.
3815 Highland Avenue
Downers Grove, IL 60515


Elk Grove Radiology, SC
800 Biesterfield Road
Elk Grove Village, IL 60007

Elk Grove Radiology, SC
800 Biesterfield Road
Elk Grove Village, IL 60007


Elk Grove Radiology, SC
800 Biesterfield Road
Elk Grove Village, IL 60007


Elk Grove Radiology, SC
800 Biesterfield Road
Elk Grove Village, IL 60007


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45202


Fifth Third Bank
Fifth Third Center
PO Box 630778
Cincinnati, OH 45263


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45202


Fifth Third Bank
Fifth Third Center
PO Box 630778
Cincinnati, OH 45263


First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104


First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104


Flood Brothers
Flood Brothers Disposal
17W697 Butterfield Road
Villa Park, IL 60181


Ford Credit
PO Box 542000
Omaha, NE 68154


Ford Credit
Po Box Box 542000
Omaha, NE 68154


Ford Credit
PO Box Box 542000
Omaha, NE 68154


Ford Credit
PO Box 542000
Omaha, NE 68154


Ford Credit
PO Box 542000
Omaha, NE 68154


Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park, IL 60160

```
Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gottlieb Memorial Hospital
PO Box 99400
Louisville, KY 40269


Harris & Harris, Ltd.
111 W. Jackson Blvd. Ste. 400
Chicago, IL 60604


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Ste. 1900
Chicago, IL 60654


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Ste. 1900
Chicago, IL 60654


Harris & Harris, Ltd.
111 W. Jackson Blvd. Ste. 400
Chicago, IL 60604


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Ste. 1900
Chicago, IL 60654


Harris & Harris, Ltd.
111 W. Jackson Blvd. Ste. 400
Chicago, IL 60604


HSBC Bank
Po Box 5253
Carol Stream, IL 60197


HSBC Bank
PO Box 5253
Carol Stream, IL 60197
```

HSBC Bank
PO Box 9
Buffalo, NY 14240


HSBC Bank Nevada,  N.A.
c/o Midland Credit Mgmt
8875 Aero Drive
San Diego, CA 92123


I.C. System, Inc.
444 Highway 96 East
PO Box 64438
Saint Paul, MN 55164


I.C. System, Inc.
P.O. Box 64381
Saint Paul, MN 55164


I.C. System, Inc.
444 Highway 96 East
PO Box 64438
Saint Paul, MN 55164


I.C. System, Inc.
444 Highway 96 East
PO Box 64438
Saint Paul, MN 55164


Illinois Collection Service
8231 185th St., Ste. 100
Tinley Park, IL 60487


Illinois Collection Service
8231 185th St., Ste. 100
Tinley Park, IL 60487


Illinois Collection Service
8231 185th St., Ste. 100
Tinley Park, IL 60487


Illinois Collection Service
8231 185th St., Ste. 100
Tinley Park, IL 60487

Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


John H. Stroger, Jr. Hospital
of Cook County
1969 W. Ogden Avenue
Chicago, IL 60612


Keynote Consulting
220 W Campus Dr., Ste. 102
Arlington Heights, IL 60004


Keynote Consulting
220 W Campus Drive, Ste. 102
Arlington Heights, IL 60004


Keynote Consulting
220 W Campus Drive, Ste. 102
Arlington Heights, IL 60004

Law Offices of Charles G. McCarthy
PO Box 1045
Bloomington, IL 61702


Law Offices of Charles G. McCarthy
PO Box 1045
Bloomington, IL 61702


Liebman, Robert, MD
610 S. Maple Avenue, Ste. 1100
Oak Park, IL 60304


LVNV Funding
PO Box 10584
Greenville, SC 29603


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
C/O Resurgent Capital
PO Box 10497  Ms
Greenville, SC 29603


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


LVNV Funding LLC
C/O Resurgent Capital
PO Box 10497  Ms
Greenville, SC 29603


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


M3 Financial Services, Inc.
PO Box 7230
Westchester, IL 60154

```
M3 Financial Services, Inc.
PO Box 7230
Westchester, IL 60154


M3 Financial Services, Inc.
PO Box 7230
Westchester, IL 60154


MacNeal Physicians Group LLC
2315 Enterprise Drive, Ste. 110
Westchester, IL 60154


MacNeal Physicians Group LLC
2315 Enterprise Drive, Ste. 110
Westchester, IL 60154


MacNeal Physicians Group LLC
6642 Paysphere Circle
Chicago, IL 60674


MacNeal Physicians Group LLC
6642 Paysphere Circle
Chicago, IL 60674


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068
```

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Oxford Bank & Trust
1100 W Lake Street
Addison, IL 60101


Primary Financial Services LLC
3141 North 3rd Avenue, Ste. C1
Phoenix, AZ 85013


Primary Financial Services LLC
3141 North 3rd Avenue, Ste. C1
Phoenix, AZ 85013

Primary Financial Services LLC
4950 Genesee Street, Ste. 140
Cheektowaga, NY 14225


Primary Financial Services LLC
4950 Genesee Street, Ste. 140
Cheektowaga, NY 14225


Primary Financial Services LLC
3141 North 3rd Avenue, Ste. C1
Phoenix, AZ 85013


Primary Financial Services LLC
4950 Genesee Street, Ste. 140
Cheektowaga, NY 14225


Primary Financial Services, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Primary Financial Services, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Primary Financial Services, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Radiology Consultants. Ltd.
1730 Park Street, Ste. 101
Naperville, IL 60563


Radiology Consultants. Ltd.
1730 Park Street, Ste. 101
Naperville, IL 60563


Resurgent Capital Services LP
c/o Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438


Resurgent Capital Services LP
c/o Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438

```
Riverside Psychiatric & Counseling
7234 Ogden Avenue
Riverside, IL 60546


Riverside Psychiatric & Counseling
7234 Ogden Avenue
Riverside, IL 60546


Schlegel, Darryl S., MD
520 S. Maple Avenue
Oak Park, IL 60304


Skoog Family Dental
Skoog, George, DDS
232 E. Northwest Highway
Palatine, IL 60067


T-Mobile
PO Box 790047
Saint Louis, MO 63179


T-Mobile
7601 S. Cicero Avenue
Chicago, IL 60652


T-Mobile
205 W. 87th Street
Chicago, IL 60620


T-Mobile
PO Box 742596
Cincinnati, OH 45274


T-Mobile
1401 W. North Avenue
Melrose Park, IL 60160


T-Mobile
2515 W. North Avenue
Melrose Park, IL 60160


T-Mobile
2911 W. Addison Street
Chicago, IL 60618
```

T-Mobile
2911 W. Addison Street
Chicago, IL 60618


T-Mobile
7309 W. Irving Park Road
Chicago, IL 60634


T-Mobile
606 W. Roosevelt Road
Chicago, IL 60607


T-Mobile
845 N. Michigan Avenue
Chicago, IL 60611


T-Mobile
36 S. State Street
Chicago, IL 60603


T-Mobile
3951 N. Kimball Avenue
Chicago, IL 60618


T-Mobile
1001 75th Street
Woodridge, IL 60517


T-Mobile
2243 Maple Avenue
Downers Grove, IL 60515


T-Mobile
221 E. Roosevelt Road
Lombard, IL 60148


T-Mobile
6179 N. Lincoln Avenue
Chicago, IL 60659


T-Mobile Financial
PO Box 2400
Young America, MN 55553

Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Target N.B.
PO Box 673
Minneapolis, MN 55440


U.S. Cellular
8410 W. Bryn Mawr, Ste. 700
Chicago, IL 60631


U.S. Cellular
Dept. 0203
Palatine, IL 60055


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
Dept. 4662
Carol Stream, IL 60122


Westlake Hospital
PO Box 3495
Toledo, OH 43607


Westlake Hospital
Dept. 4662
Carol Stream, IL 60122


Westlake Hospital
PO Box 3495
Toledo, OH 43607

```
Westlake Hospital
Dept. 4662
Carol Stream, IL 60122


Westlake Hospital
PO Box 3495
Toledo, OH 43607


WFNNB / Roomplace
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218
```